IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOBY O. HERNANDEZ
ADC #162497                                                                               PLAINTIFF

v.                    Case No. 5:19-cv-00136-KGB-JTR

DOE, Cummins Unit, ADC, *et al.*                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Toby O. Hernandez's complaint is dismissed without prejudice. The relief requested is denied.

So adjudged this the 22nd day of October, 2019.

_____
Kristine G. Baker
United States District Judge